**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 62 WM 2023

Respondent :

v. :

DEVELL DEXTER CHRISTIAN, :

Petitioner :

## ORDER

**PER CURIAM**

AND NOW, this 21st day of May, 2024, the "Notice of Supplemental Cites to the Record," which is treated as an Application for Relief, is GRANTED. The Petition for Specialized Review is DENIED.